# River Of Life Church

Pastor Carl Younger, PO Box 1120, Van Buren, MO  63965, 573-226-1213

To Whom It May Concern

Re: Morgan Shockley

My name is Carl Younger. I serve as the Pastor of River of Life Church in Van Buren, MO. Morgan and her family attend the River of Life Church. Morgan has been a teacher in the Van Buren school district. However, she recently resigned her position at the school to devote her life to full time ministry in the mission field. As I write this letter, Morgan is serving on an extensive mission trip far away from the United States. She is truly a servant for Christ wherever she goes. She has mentored students of all ages and serves her community with a humble heart sharing the Gospel to all she comes in contact with.

This letter is to endorse Morgan Shockley's prison ministry. Her attendance at River of Life Church is in good standing. She brings joy to our congregation with her sweet spirit and willingness to be of service. She is a bright light to a world that seems dark and she radiates the hope and love of Jesus with her servant heart.

It is a great pleasure to work for The Kingdom with Morgan. Our entire congregation supports her desire to be fully devoted to Christ and His service.

Sincerely

Carl Younger
Pastor, River of Life Church
Van Buren, MO

B1