Ben Ebbert

I, Morgan Shockley, applied to be a Spirit Advisor for my father, Lance Shockley #349804 at Potosi Correctional Center who has an execution date set for October 14th 2025. I was denied and notified by the Acting Chaplain, Mr Norman Forbes, on Aug 21, 2025

The reason given for my denial was that an immediate family member of an offender cannot be their Spiritual Advisor. This reason is in direct conflict with D5-3.3, III-B, 2(a) which clearly states: in the event that the clergy or spiritual advisor is an immediate family member, visiting priviledges may be provided either as a clergy or spiritual advisor or in accordance to the institutional service ~~protocol~~ procedure reguarding offender visitation, but not both.

I am requesting the correction of this mistake be done expeditiously due to the unusual urgent circumstance. I am requesting to be approval as Lance's Spiritual Advisor which would supersede my current visitor status as his daughter.

Thank You
Morgan Shockley

cell # ████████
email morganshockley19@gmail.com

D1

Mike Kehoe
Governor



Potosi Correctional Center
11593 State Highway O
Mineral Point, MO 63660
Telephone: 573-438-6000
Fax: 573-438-6006

Trevor Foley
Director

## State of Missouri
## DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

August 21, 2025

Potosi Department of Corrections
11593 State HWY O
Mineral, Point  63660

Morgan Shockley Re:  Request for clergy/ spiritual advisor for Lance Shockley #349824
Fax # 573-323-8489

Ms Morgan, please be advised that your application for clergy/spiritual advisor has been denied. As per my conversation with you over the phone, no immediate family member is eligible to be a clergy/ spiritual advisor.
Thanks in advance for your patience and understanding. If there is anything else ,I can assist you please do not hesitate to contact me.

Norman Forbes ,PCC Acting Chaplain
573-438-6000 EXT1533

**D2**