


## Missouri Department of Corrections
## Potosi Correctional Center
### Chapel

Dear Sir Madam,

I am enclosing a Clergy Packet to be completed so that you may visit the following offender at Potosi Correctional C[enter]

Offender Name: **Lance Shockley**  DOC#: **349824**

The Clergy Packet consists of the following forms

- Request for Clergy/Spiritual Advisor Visitation Approval

In addition to the above mentioned form, you will need to provide/submit a copy of 2 of the below listed items

- Driver's License (required)
- Ordination Certificate
- Letter of endorsement (on official letterhead) form respective religious organization
- Verification of Ecclesiastical Authority

Please complete and return this form and the requested documents, (Clergy Packet), via mail to the address below for processing:

Attn: Rob Gerst, Chaplain
Potosi Correctional Center
11593 State Highway O
Mineral Point, MO 63660

573-438-6000 Ext. 1533
e-mail  robert.gerst@DOC.MO.GOV

You will be notified upon approval denial to visit as a Clergy Visitor

Be advised that you will **NOT** be allowed visitation privileges with the offender until arrangements have been made you to attend an onsite orientation with me. This should be done prior to your first visit. Should you have any que[stions] or concerns regarding this process, please contact my office at the above listed number

Please read and familiarize yourself with the enclosed policy D5-3.3, Clergy Person Spiritual Advisor Visit and S[C]P Visiting Room Rules. Please indicate your decision by initialing the appropriate space below

__X__ I agree to adhere to the enclosed policies   _____ I do NOT agree to adhere to the enclosed policies

**Summer Shockley**          *[signature]*                    07/09/2025
Print Name                    Signature                        Date
Printed Name                  Signature                        Date

I1