**Jeremy Weis**

| | |
|---|---|
| **From:** | Davis, Aaron B. <Aaron.B.Davis@doc.mo.gov> |
| **Sent:** | Tuesday, October 7, 2025 3:24 PM |
| **To:** | Summer Shockley |
| **Subject:** | RE: Appeal for Spiritual Advisorship |

You will need to appeal to Miles Strid, Division Director for Division of Adult Institutions.

Thank you,

Aaron Davis
Religious and Spiritual Programming Coordinator Division of Adult Institutions
929 Honor Camp Ln
Fordland, MO 65652
417-350-9458
aaron.b.davis@doc.mo.gov
Chaplains:  Lighting the way since 1843



-----Original Message-----
From: Summer Shockley <sshockley1998@gmail.com>
Sent: Tuesday, October 7, 2025 3:20 PM
To: Davis, Aaron B. <Aaron.B.Davis@doc.mo.gov>
Subject: Appeal for Spiritual Advisorship

Hi Aaron,

I am reaching out about my appeal to the denial of my spiritual advisorship. I have handwritten the appeal and mailed to you, but I was worried that it did not make it to you or wasn't going to make it to you in time. I do have a copy of the letter that I can either fax or I can also send it through FedEx one-day shipping.

I was given a verbal denial from PCC for the request to become my father, Lance Shockley's spiritual advisor. Like I said I can fax, email, or one day ship another copy of my written appeal. I just wanted to be sure you received it due to our time restraint.


Thanks!

Summer Shockley