IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| LANCE SHOCKLEY, | ) | |
|     *Petitioner*, | ) | |
| | ) | |
| v. | ) | Case No. 25-1513 |
| | ) | |
| RICHARD ADAMS | ) | |
|     Warden, | ) | |
|     Eastern Reception and | ) | |
|     Diagnostic Correctional Center; | ) | **DEATH PENALTY CASE** |
| HEATHER COFER | ) | **EXECUTION SCHEDULED** |
|     Warden, | ) | **OCTOBER 14, 2025,** |
|     Potosi Correctional Center; | ) | **6:00 PM CST** |
| MYLES STRID | ) | |
|     Director, | ) | |
|     Division of Adult Institutions; | ) | |
| | ) | |
| TREVOR FOLEY, | ) | |
|     Director, Missouri | ) | |
|     Department of Corrections, | ) | |
|     *Respondents*. | ) | |

**PETITIONER LANCE SHOCKLEY'S MOTION FOR LEAVE
TO FILE CERTAIN EXHIBITS UNDER SEAL**

Petitioner Lance Shockley submits his Motion to For Leave to File Certain Exhibits Under Seal. Petitioner Shockley initiated an action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 2000cc and included multiple exhibits supporting his claims. Included in the exhibits are records provided by counsel for the defendants that they have requested remain under seal because they involve the internal operating procedures for the Missouri Department of Corrections. Petitioner Shockley requests this Court enter an Order permitting leave to file these exhibits under seal. In further support, Petitioner Shockley states as follows:

1

1. Petitioner Lance Shockley filed a federal civil rights action pursuant to 42 U.S.C. § 1983 alleging the defendants were interfering with his right to free exercise of religion as guaranteed by the First Amendment and as codified in the Religious Land Use And Institutionalized Persons Act ("RULIPA") codified at 42 U.S.C. § 2000cc.

2. Petitioner Shockley filed multiple exhibits in support of his claims. Some of the exhibits to be included in the lawsuit have been provided by the respondents under the condition that Petitioner Shockley does not disseminate the documents to the public or otherwise introduce them into the Court's open record system. Defendants have asserted that the records relate to internal policies and procedures that are sensitive in nature and would undermine the safety and security of the Missouri Department of Corrections. Petitioner Shockley accepts the defendants' explanation and agrees that the limited set of documents referenced herein should be filed under seal.

3. Petitioner is intending to file the following exhibits under seal in accordance with the defendants' request: Exhibits K, L, N, O, and P.

4. Petitioner's counsel has consulted with Greg Goodwin, attorney for the respondents, and he agrees that the above-mentioned exhibits should be filed under seal.

WHEREFORE, Petitioner Shockley respectfully requests this Court grant him leave to file Exhibits K, L, N, O, and P to Petitioner's initial petition for relief under seal with this Court.

Respectfully submitted,

Respectfully submitted,

/s/ *Jeremy S. Weis*
Jeremy S. Weis, MO Bar No. 51514
Capital Habeas Unit
Federal Public Defender
Western District of Missouri
1000 Walnut St., Ste. 600
Kansas City, MO  64106
(816) 675-0923

        E: Jeremy_Weis@FD.org

        */s/ Justin Thompson*

        JUSTIN THOMPSON
        OH Bar # 0078817
        Federal Public Defender,
        Southern District of Ohio
        10W. Broad Street, Ste 1020
        Columbus, Ohio 43215
        (614)-469-2999
        Justin_Thompson@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 9, 2025, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system and sent it via email to Gregory Goodwin, Office of Missouri Attorney General, at gregory.goodwin@ago.mo.gov. Service of sealed exhibits were emailed directly to Mr. Goodwin at gregory.goodwin@ago.mo.gov.

                                       /s/ Jeremy S. Weis
                                       Jeremy S. Weis
                                       Attorney for Lance Shockley